# IN THE SUPREME COURT OF MISSISSIPPI

## NO. 2002-CA-02009-SCT

*PRE-PAID LEGAL SERVICES, INC., HARLAN C. STONECIPHER, BROOKS WERKHEISER, DYRE LAW FIRM, PLLC AND ARNOLD D. DYRE*

*v.*

*JOAN BROWNLOW, ET AL.*

| | |
|---|---|
| DATE OF JUDGMENT: | 10/31/2002 |
| TRIAL JUDGE: | HON. MARGARET CAREY-McCRAY |
| COURT FROM WHICH APPEALED: | LEFLORE COUNTY CIRCUIT COURT |
| ATTORNEYS FOR APPELLANTS: | RICHARD L. JONES |
| | ROBERT L. GIBBS |
| | ANNE CLARKE SANDERS |
| | ANDREA LA'VERNE FORD EDNEY |
| | TESELYN AFRIQUE MELTON |
| | BRIAN CRAIG KIMBALL |
| | JOHN BENTON CLARK |
| | ERNEST G. TAYLOR |
| | SHANDA L. LEWIS |
| | C. MICHAEL ELLINGBURG |
| ATTORNEYS FOR APPELLEES: | J. BRAD PIGOTT |
| | J. DOUGLAS MINOR |
| | BARRY W. GILMER |
| NATURE OF THE CASE: | CIVIL - CONTRACT |
| DISPOSITION: | AFFIRMED AND REMANDED - 06/10/2004 |
| MOTION FOR REHEARING FILED: | |
| MANDATE ISSUED: | |

**BEFORE WALLER, P.J., EASLEY AND DICKINSON, JJ.**

**WALLER, PRESIDING JUSTICE, FOR THE COURT:**

¶1.     For the reasons stated in *Pre-Paid Legal Services, Inc. v. Battle*, 2004 WL 636292 (Miss. 2004), we affirm the trial court's grant of partial summary judgment and declaratory judgment finding that the plaintiffs' claims are not subject to arbitration. In *Battle*, we determined that there was not a valid, binding arbitration agreement contained in the pre-paid legal expense agreement. We find that an average citizen would not realize that he or she is giving up his or her right to a trial by jury under the broad, general language contained in the pre-paid legal expense agreement. Therefore, we affirm the trial court's judgment and remand this case for further proceedings consistent with this opinion.

¶2.     **AFFIRMED AND REMANDED.**

     **SMITH, C.J., EASLEY, CARLSON, GRAVES AND DICKINSON, JJ., CONCUR. COBB, P.J., DISSENTS WITHOUT SEPARATE WRITTEN OPINION.  DIAZ AND RANDOLPH, JJ., NOT PARTICIPATING.**